April 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GAY HUNGER, Appellant

NO. 14-13-00186-CV                     V.

DOW CORNING CORPORATION AND DOW CORNING WRIGHT
CORPORATION, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gay Hunger.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.